# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 28, 2020

## NO. 03-18-00846-CV

### Kerrie Dietrich and Edgar Dietrich, Appellants

**v.**

### Christopher Chambers, II and Wife, Alysha Dawn O'Leary, Individually and as Next Friend of their minor child, C. O.C., Appellees

## APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an interlocutory appeal of the trial court's order denying appellant's motion to dismiss signed on November 30, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.